IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDREA ARMSTRONG, | ) | |
| as Executrix of the Estate of | ) | |
| GLENN FORD, | ) | Case No. 3:15-cv-00136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Shelly D. Dick |
| v. | ) | |
| | ) | Magistrate Judge Erin Wilder-Doomes |
| Warden Burl Cain, *et al.* | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff, Andrea Armstrong, as Executrix of the Estate of Glenn Ford, under Fed. R. Civ. P. 37, respectfully moves for an order from this Court to compel Defendants Cain, Whitley, Peabody, Butler, Vannoy, Cassidy, Demars, Macmurdo, Collins, and Sparks to produce complaint files and answer policy related discovery propounded on them on June 16, 2016. In support of this motion, Plaintiff submits her memorandum and exhibits thereto.

WHEREFORE, Plaintiff respectfully requests that this Court order Defendants to answer the above described discovery related to: (1) complaints against Defendants related to their duties at Angola State Prison; (2) complaints at Angola State Prison that are similar to those brought by Plaintiff here during the times that Glenn Ford was wrongly imprisoned on death row; (3) identify the relevant policy maker at Angola State Prison; and (4) produce any document that identifies whether any Defendant violated Angola State Prison policy.

1

Dated: November 30, 2016.

Attorneys for Plaintiff Andrea Armstrong

/s/ William Most
William Most, LA Bar No. 36914
Law Office of William Most
637 Kerlerec St.
New Orleans, LA 70116
(650) 465-5023

/s/ Mark Loevy-Reyes
Mark Loevy-Reyes, Illinois Bar No. 6209841
Loevy & Loevy
311 N Aberdeen St, 3rd Floor
Chicago, IL 60607
(312) 243-5900
mark@loevy.com
Admitted to this Court *pro hac vice*

**CERTIFICATE OF SERVICE**

I, Mark Loevy-Reyes, an attorney, hereby certify that on November 30, 2016,

I filed the foregoing Plaintiff's Motion to Compel Discovery using the Court's

CM/ECF system, which effected service on all counsel of record.


Respectfully Submitted,


/s/ Mark Loevy-Reyes
One of Plaintiff's Attorneys