# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ANDREA ARMSTRONG**

**VERSUS**

**BURL CAIN, ETAL.**

**CIVIL ACTION**

**NO. 15-136-SDD-EWD**

## AMENDED SCHEDULING ORDER

**IT IS ORDERED** that the Joint Motion to Modify Discovery Schedule (R. Doc. 112) is **GRANTED**. The court amends the previously issued Scheduling Order, in accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:[1]

1. (This deadline has expired)

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **Completed**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **August 17, 2017.**

    **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice. If a motion involves written discovery, the motion must also specifically state which requests are being objected to and the basis of each objection.

    c. Disclosure of identities and resumés of experts:

    Plaintiff(s):     April 7, 2017.

    Defendant(s):   May 5, 2017.

    d. Expert reports must be submitted to opposing parties as follows:

    Plaintiff(s):     April 28, 2017.

---

[1] Prior deadlines are restated here for ease of reference unless expired. All new deadlines are indicated in bold type.

        Defendant(s):      May 26, 2017.

    e.    Discovery from experts must be completed by July 14, 2017.

3.    Deadline to file dispositive motions and *Daubert* motions: September 15, 2017.

4.    Deadline to request settlement conference:  October 16, 2017.

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.  Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically.  All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P.  Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery.  Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures.  The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The district judge will set the remaining deadlines, including dates for a pretrial conference and trial in this matter.

The parties may contact the court at (225) 389-3584 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on December 2, 2016.

                                                **ERIN WILDER-DOOMES**
                                                **UNITED STATES MAGISTRATE JUDGE**