IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDREA ARMSTRONG, | ) | |
| as Executrix of the Estate of | ) | |
| GLENN FORD, | ) | Case No. 3:15-cv-00136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Shelly D. Dick |
| v. | ) | |
| | ) | Magistrate Judge Erin Wilder-Doomes |
| Warden Burl Cain, *et al.* | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION FOR LEAVE
## TO TAKE MORE THAN TEN DEPOSITIONS

Plaintiff, Andrea Armstrong, as Executrix of the Estate of Glenn Ford, under Fed. R. Civ. P. 30, respectfully moves for an order from this Court granting Plaintiff leave to take more than ten depositions.  In support, Plaintiff states as follows:

1.     Plaintiff Glenn Ford filed his Complaint on March 9, 2015. Doc. 1.

2.     The Complaint alleges that eleven Defendants violated Glenn Ford's rights during his almost 30 years of wrongful imprisonment, both by maintaining unconstitutional living conditions and by being deliberately indifferent to his objective medical needs. *Id.*

3.     Plaintiff expressly claims that Defendants were aware of the substandard conditions and treatment, but failed to cure them. *Id.* at ¶85.

1

4.      In February and March 2016, this Court issued a series of orders resolving pending motions to dismiss, for summary judgment, and for more definite statement. Doc. 94-98.

5.      On June 16, 2016, the Court held a scheduling conference and set a discovery schedule that provided for the close of fact discovery on February 17, 2017. Doc.109.

6.      Since August 2016, Plaintiff has sought to schedule depositions. In the course of that, Defendants objected to Plaintiff deposing more than ten witnesses.

7.      As identified more completely in Plaintiff's memorandum in support of this motion, given the duration, complexity of issues, and number of parties, Plaintiff requires more than ten depositions to adequately prepare her case.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to take more than ten depositions and that the parties consult together to determine the number and identity of deponents.

Dated: December 5, 2016.

Attorneys for Plaintiff Andrea Armstrong

/s/ William Most
William Most, LA Bar No. 36914
Law Office of William Most
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(650) 465-5023

/s/ Mark Loevy-Reyes
Mark Loevy-Reyes, Illinois Bar No. 6209841
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor

2

Chicago, IL 60607
(312) 243-5900
mark@loevy.com
Admitted to this Court *pro hac vice*

## CERTIFICATE OF SERVICE

I, Mark Loevy-Reyes, an attorney, hereby certify that on December 5, 2016, I filed the foregoing Plaintiff's Motion for Leave to Take more than Ten Depositions using the Court's CM/ECF system, which effected service on all counsel of record.

Respectfully Submitted,


/s/ Mark Loevy-Reyes
One of Plaintiff's Attorneys